# Exhibit 2

| US7178410B2 | Sensirion SDP 800 Sensor (Accused Product) |
|---|---|
| 12. Method of monitoring a degree of gas filter clogging comprising the steps of | The accused product discloses a method of monitoring a degree of gas filter clogging (i.e., filter clogging monitoring).<br><br>As shown below, the Sensirion SDP800 provides filter monitoring by continuously measuring airflow to detect a gradual reduction in airflow that indicates filter clogging (i.e., gas filter clogging).<br><br><br><br>https://sensirion.com/products/catalog/SDP800-125Pa |

| | |
|---|---|
| | Like all of Sensirion's differential pressure sensors, the SDP800 series is based on Sensirion's patented CMOSens® Technology, which combines the sensor element, signal processing and digital calibration on a small CMOS chip. The differential pressure is measured by a thermal sensor element using the flow-through principle. Thanks to this, Sensirion's CMOSens® differential pressure sensors outperform traditional piezo-resistive membrane sensors in terms of sensitivity at low differential pressures, offset drift and hysteresis as well as position sensitivity, shock resistance and temperature variations.<br>https://sensirion.com/products/catalog/SDP800-125Pa<br><br>All of the requirements above are met by microthermal differential pressure sensors like Sensirion's new SDP800 family. This type of sensor also has the useful benefit that the same model can be used for the differential pressure measurement over the filter bank as well as the flow measurement behind it, using a bypass setup to measure the flow (see further information). Sensirion's SDP sensors are temperature compensated and can also be programmed to conduct filter- or system-specific temperature compensation.<br>https://sensirion.com/products/product-insights/specialist-articles/state-of-the-art-filter-monitoring |

| | |
|---|---|
| | <br><br>Figure 1: Differential pressure as a function of the flow for a new and a partially clogged filter<br>https://sensirion.com/products/product-insights/specialist-articles/state-of-the-art-filter-monitoring |

| | |
|---|---|
| | **Filter monitoring and predictive maintenance**<br>One particularly valuable use case is filter monitoring: by continuously measuring airflow, a gradual reduction in airflow can be detected, which reliably indicates filter clogging. This enables timely and condition-based maintenance instead of relying solely on predefined intervals.<br><br>https://sensirion.com/pitot-tube<br><br>**Conclusion**<br><br>Precise filter monitoring adds value to many applications in the HVAC, medical technology, automotive and packaging industries, among others. The detection of the correct moment for a filter change helps to protect humans, animals and equipment by providing clean air and leads to a lower cost, more energy-efficient and sustainable operation of the application. One solution does not meet all demands, but it can be concluded that measuring the flow of air rather than the differential pressure is often a wise choice, and that both readings are required in complex systems. For many filter monitoring applications, microthermal flow and differential pressure sensing is the favorable sensor technology and can provide added value due to its precision and long-term stability.<br><br>https://sensirion.com/products/product-insights/specialist-articles/state-of-the-art-filter-monitoring |

| | |
|---|---|
| | When a filter starts clogging, its resistance to the air flow increases. In systems where the airflow is kept at a constant level, this leads to a rise in the differential pressure across the filter bank. However, fans often begin to propel less air as the filter becomes impeded, so we are really talking about a changing airflow as a filter progresses from a clean to an obstructed state.<br><br>https://sensirion.com/products/product-insights/specialist-articles/state-of-the-art-filter-monitoring |
| positioning a gas flow sensor into a stream of gas, | The accused product discloses positioning (i.e., configuring) a gas flow sensor (i.e., the SDP800 differential pressure sensor) into a stream of gas (i.e., air flow).<br><br>As shown below, the SDP800 digital differential pressure sensor is configured over the pressure drop element in the bypass configuration, within the flow of air (i.e., positioning a gas flow sensor into a stream of gas). |

| | |
|---|---|
| |   https://sensirion.com/media/documents/26A18D9F/6166D32C/ Sensirion_Differential_Pressure_Sensors_SDP800_Product_Flyer_Filter_.pdf |

| | |
|---|---|
| |  <br>**State-Of-The-Art Filter Monitoring with SDP800 Differential Pressure Sensor**<br>▪ High accuracy and stability at low differential pressures ensure optimized filter change<br>▪ Capable of data acquisition to simplify trend analysis over the filter's lifetime<br>▪ Altitude-independent and temperature-compensated sensor (–20 to 85 °C)<br>https://sensirion.com/media/documents/26A18D9F/6166D32C/Sensirion_Differential_Pressure_Sensors_SDP800_Product_Flyer_Filter_.pdf |

| | |
|---|---|
| | **FLOW MEASUREMENT IN BYPASS**<br><br>A differential pressure sensor in a bypass configuration is the ideal and cost-effective choice for measuring air flow with high accuracy, robustness and stability. In a bypass configuration, the differential pressure sensor is placed over a pressure drop element.<br><br>For more information, please read our technical white paper "Efficient Flow Measurements in Bypass".<br><br>https://sensirion.com/media/documents/26A18D9F/6166D32C/ Sensirion_Differential_Pressure_Sensors_SDP800_Product_Flyer_Filter_.pdf<br><br>**Product Summary**<br><br>The SDP800 sensor family is Sensirion's series of digital differential pressure sensors designed for high-volume applications. The sensors measure the pressure of air and non-aggressive gases with superb accuracy and no offset drift. The sensors cover a pressure range of up to ±500 Pa (±2 inch $H_2O$ / ±5 mbar) and deliver outstanding accuracy, also at the bottom end of the measuring range.<br>The SDP800 Series features a digital 2-wire I²C interface, which makes it easy to connect directly to a microprocessor.<br>The outstanding performance of these sensors is based on Sensirion's patented CMOSens® sensor technology, which combines the sensor element, signal processing and digital calibration on a small CMOS chip. The differential pressure is measured by a thermal sensor element using flow-through technology. The well-proven CMOS technology is perfectly suited for high-quality mass production and is the ideal choice for demanding and cost-sensitive OEM applications.<br><br>https://sensirion.com/media/documents/90500156/6167E43B/ Sensirion_Differential_Pressure_Datasheet_SDP8xx_Digital.pdf |

| | |
|---|---|
| | Microthermal sensors measure the mass flow by default, which is a parameter that should be controlled in most applications. In air conditioning systems, gas heaters, medical respiratory equipment, air induction systems and much more, it is crucial to know the amount of air reaching the application. The measurements gathered by an advanced filter monitoring system can also be used for the application's control system (or vice versa). Using sensors that are based on mass flow measurements also supersedes the need for ambient pressure compensation as mass flow does not change with varying ambient pressures (unlike volume flow, which does).<br>https://sensirion.com/products/product-insights/specialist-articles/state-of-the-art-filter-monitoring |
| determination of a reference level of a gas flow rate through a clean gas filter, | The accused product discloses determination of a reference level (i.e., air flow for a new clean filter) of a gas flow rate through a clean gas filter (i.e., a clean gas filter).<br><br>As shown below, the new filter shows the flow rate measured when the filter is clean, using the SDP800 sensor placed over the filter to measure the differential pressure and determine this flow rate (i.e., determination of a reference level of a gas flow rate through a clean gas filter). The pressure difference measured with the new clean filter is used as a reference to monitor the filter condition during its operation. |

| | |
|---|---|
| |   Figure 1: Differential pressure as a function of the flow for a new and a partially clogged filter<br><br>https://sensirion.com/products/product-insights/specialist-articles/state-of-the-art-filter-monitoring |

| | |
|---|---|
| | **Differential pressure Sensirion SDP800 modules keep failing.**<br><br><br>Measured pressure difference starts to drop after Jan 2025, despite actual pressure difference actually increasing.<br>https://www.reddit.com/r/AskElectronics/comments/1jqin6u/differential_pressure_sensirion_sdp800_modules/ |

| | |
|---|---|
| | **3.1.1 Mass flow or standard volume flow**<br><br>Standard volume flow refers to the volume flow at given standard conditions for temperature and pressure. Common units are "standard liters per minute [slm]", "standard cubic centimeters per minute [sccm]" or "norm liters per minute [ln/min]".<br>Because standard volume flow is referenced to a defined temperature, *T*, and pressure, *p*, the number of molecules, *n*, in the volume, *V*, can be calculated using the ideal gas law ($pV = nkT$). In other words, standard volume flow refers to the number of molecules per time and with it to the mass per time. For a given gas, a sensor measuring standard volume flow is a mass flow sensor.<br>Because of its thermal measurement principle, Sensirion's SDP sensors are ideally suited for massflow measurements.<br><br>https://sensirion.com/media/documents/8B396696/667EA013/DP_AN_Measurement_Parameters_V1.0.pdf<br><br>**Technologies used**<br><br>When a filter starts clogging, its resistance to the air flow increases. In systems where the airflow is kept at a constant level, this leads to a rise in the differential pressure across the filter bank. However, fans often begin to propel less air as the filter becomes impeded, so we are really talking about a changing airflow as a filter progresses from a clean to an obstructed state.<br><br>https://sensirion.com/products/product-insights/specialist-articles/state-of-the-art-filter-monitoring |

| | |
|---|---|
| | **FEATURES**<br>▪ Outstanding accuracy and repeatability below 0.004" wc (below 1 Pa)<br>▪ Measurement range: ± 2.0" wc (± 500 Pa)<br>▪ Zero-point accuracy: ± 0.0004" wc (± 0.1 Pa)<br>▪ Resolution (zero-point repeatability): ± 0.0002" wc (± 0.05 Pa)<br>▪ Fully calibrated and temperature-compensated at Sensirion Factory<br>▪ Operating temperature range: – 40 to 185 °F (–40 to 85 °C)<br>▪ Digital $I^2C$ and analog version<br>For more information, please read our technical white paper "State-Of-The-Art Filter Monitoring".<br><br>https://sensirion.com/media/documents/26A18D9F/6166D32C/Sensirion_Differential_Pressure_Sensors_SDP800_Product_Flyer_Filter_.pdf |
| computation of an alarm threshold as a fraction of the reference level of gas flow rate, setting up the alarm threshold, | The accused product discloses computation of an alarm (i.e., alarm) threshold (i.e., predefined pressure values) as a fraction of the reference level of gas flow rate (i.e., air flow for a new clean filter), and setting up the alarm threshold (i.e., a sensor-based alarm).<br><br>As shown below, a predefined pressure value is set relative to the flow curve for a new filter (i.e., computation of an alarm threshold as a fraction of the reference level of gas flow rate), and a sensor-based filter alarm indicates when this predefined pressure value is exceeded |

| | |
|---|---|
| | and the filter needs to be replaced (i.e., setting up the alarm threshold).<br><br>**Precise filter monitoring and analysis**<br><br>Differential pressure sensors monitor the pressure drop across the filter and indicate when a filter needs to be replaced. Timely filter replacement reduces energy consumption as well as wear and the likelihood of overall system failure.<br><br>https://sensirion.com/products/applications/hvac/filter-monitoring |

| | |
|---|---|
| | **Increased end-user willingness to purchase replacement filters**<br><br>Filter saturation depends on operating hours and average air pollution levels. Since these are highly individual, customers often neglect replacement intervals. A sensor-based filter alarm enables cost-optimized replacement.<br><br>https://sensirion.com/products/applications/hvac/filter-monitoring |

| | |
|---|---|
| | The most accurate filter monitoring can be achieved when both the pressure drop and the flow are measured in order to determine the changing pressure across the filter in relation to the air flow. We'll show later that it is imperative to measure both parameters in more complex applications.<br><br>Only a few other methods are in use, namely optical systems where the discoloration of the filter is measured and dust load sensors behind the filter that measure the dust concentration based on the triboelectric effect. Both methods are complex and costly and therefore not suitable for high-volume applications.<br><br>https://sensirion.com/products/product-insights/specialist-articles/state-of-the-art-filter-monitoring<br><br>**3.1.1 Mass flow or standard volume flow**<br><br>Standard volume flow refers to the volume flow at given standard conditions for temperature and pressure. Common units are "standard liters per minute [slm]", "standard cubic centimeters per minute [sccm]" or "norm liters per minute [ln/min]".<br>Because standard volume flow is referenced to a defined temperature, *T*, and pressure, *p*, the number of molecules, *n*, in the volume, *V*, can be calculated using the ideal gas law ($pV = nkT$). In other words, standard volume flow refers to the number of molecules per time and with it to the mass per time. For a given gas, a sensor measuring standard volume flow is a mass flow sensor.<br>Because of its thermal measurement principle, Sensirion's SDP sensors are ideally suited for massflow measurements.<br><br>https://sensirion.com/media/documents/8B396696/667EA013/DP_AN_Measurement_Parameters_V1.0.pdf |

| | |
|---|---|
| | <br>Figure 1: Differential pressure as a function of the flow for a new and a partially clogged filter<br>https://sensirion.com/products/product-insights/specialist-articles/state-of-the-art-filter-monitoring |

| | |
|---|---|
| | **Differential pressure Sensirion SDP800 modules keep failing.**<br><br>Measured pressure difference starts to drop after Jan 2025, despite actual pressure difference actually increasing.<br>https://www.reddit.com/r/AskElectronics/comments/1jqin6u/differential_pressure_sensirion_sdp800_modules/<br><br>Microthermal sensors measure the mass flow by default, which is a parameter that should be controlled in most applications. In air conditioning systems, gas heaters, medical respiratory equipment, air induction systems and much more, it is crucial to know the amount of air reaching the application. The measurements gathered by an advanced filter monitoring system can also be used for the application's control system (or vice versa). Using sensors that are based on mass flow measurements also supersedes the need for ambient pressure compensation as mass flow does not change with varying ambient pressures (unlike volume flow, which does). |

| | |
|---|---|
| | https://sensirion.com/products/product-insights/specialist-articles/state-of-the-art-filter-monitoring<br>• Pressure switches indicate when a certain predefined pressure value is exceeded. They do not measure the actual pressure difference, making trend analysis impossible.<br>• Microthermal differential pressure sensors allow for a small flow of air through the sensor, which is measured in order to determine the pressure difference. With outstanding long-term stability and accuracy around zero flow, they outclass other technologies for most applications and are particularly suitable for filters with low differential pressures. Due to the airflow through the sensor, they cannot be used across the filter bank when safety-critical sterilization is achieved by filtration. Dust-induced failures can be prevented by smart inlet design, sensible positioning of the sensor, a smooth sensor surface and detection algorithms.<br>https://sensirion.com/products/product-insights/specialist-articles/state-of-the-art-filter-monitoring |
| monitoring a current level of a current gas flow rate for a filter during it normal operation, | The accused product discloses monitoring (i.e., continuously measuring) a current level of a current gas flow rate (i.e., airflow) for a filter during its normal operation (i.e., airflow of filter for new filter and clogged filter).<br><br>As shown below, airflow is continuously measured for the filter (i.e., monitoring a current level of a current gas flow rate for a filter), allowing filter condition to be tracked on an ongoing basis (i.e., during its normal operation). |

| | |
|---|---|
| | **Precise filter monitoring and analysis**<br><br>Differential pressure sensors monitor the pressure drop across the filter and indicate when a filter needs to be replaced. Timely filter replacement reduces energy consumption as well as wear and the likelihood of overall system failure.<br><br>https://sensirion.com/products/applications/hvac/filter-monitoring |

| | |
|---|---|
| | **Increased end-user willingness to purchase replacement filters**<br><br>Filter saturation depends on operating hours and average air pollution levels. Since these are highly individual, customers often neglect replacement intervals. A sensor-based filter alarm enables cost-optimized replacement.<br><br>https://sensirion.com/products/applications/hvac/filter-monitoring<br><br>**Filter monitoring and predictive maintenance**<br>One particularly valuable use case is filter monitoring: by continuously measuring airflow, a gradual reduction in airflow can be detected, which reliably indicates filter clogging. This enables timely and condition-based maintenance instead of relying solely on predefined intervals.<br><br>https://sensirion.com/pitot-tube |

| | |
|---|---|
| | **Efficient gas flow measurements in bypass**<br><br>Author: Andries Bosma, Product Manager Sensirion, Gas Flow / Differential Pressure<br><br>Measuring gas flow in applications requiring high precision and cost-efficiency is a challenge. Experience in recent years has shown that microthermal flow sensors are superior to other technologies. Industries with exacting demands, such as automotive and medical technology, have recognized that microthermal gas flow sensors give their products decisive advantages. These manifest themselves in high long-term stability and precision even when flow rates are minimal, and the sensors' suitability for cost-efficient and reliable mass production.<br><br>https://sensirion.com/products/product-insights/specialist-articles/efficient-gas-flow-measurements-in-bypass |

| | |
|---|---|
| | To measure gas flow with a high degree of accuracy and repeatability, while at the same time keeping costs low, a bypass or differential pressure solution is generally most favorable. Compared with direct flow measuring techniques, the effects of external conditions can be reduced, and the cleanliness of the gas around the sensor element significantly increased. Additionally, if we select a thermal differential pressure sensor, which offers high-level precision even when flow rates are minimal, measurements around the zero point are extremely precise.<br>https://sensirion.com/products/applications/hvac/filter-monitoring |
| comparing the current level of a gas flow rate with said alarm threshold, producing indicative signal in case of crossing the level of a current gas flow | The accused product discloses comparing (i.e., determining) the current level of a gas flow rate (i.e., the air flow) with said alarm threshold (i.e., a predefined pressure value), and producing an indicative signal (i.e., a sensor-based filter alarm) in case of crossing (i.e., exceeds) the level of a current gas flow rate with said alarm threshold (i.e., a predefined pressure value).<br><br>As shown below, a predefined pressure value is set relative to the flow curve for a new filter (i.e., computation of an alarm threshold as a fraction of the reference level of gas flow rate), |

| | |
|---|---|
| rate with said alarm threshold. | and a sensor-based filter alarm indicates when this predefined pressure value is exceeded and the filter needs to be replaced (i.e., setting up the alarm threshold). The sensor data further shows that the differential pressure is continuously monitored and changes as the filter becomes dirty. The filter alarm can therefore indicate a threshold-crossing condition based on the monitored sensor value, alarming that the filter needs replacement.<br><br>**Precise filter monitoring and analysis**<br><br>Differential pressure sensors monitor the pressure drop across the filter and indicate when a filter needs to be replaced. Timely filter replacement reduces energy consumption as well as wear and the likelihood of overall system failure.<br><br>https://sensirion.com/products/applications/hvac/filter-monitoring |

| | |
|---|---|
| | **Increased end-user willingness to purchase replacement filters**<br><br>Filter saturation depends on operating hours and average air pollution levels. Since these are highly individual, customers often neglect replacement intervals. A sensor-based filter alarm enables cost-optimized replacement.<br><br>https://sensirion.com/products/applications/hvac/filter-monitoring |

| | |
|---|---|
| | The most accurate filter monitoring can be achieved when both the pressure drop and the flow are measured in order to determine the changing pressure across the filter in relation to the air flow. We'll show later that it is imperative to measure both parameters in more complex applications.<br><br>Only a few other methods are in use, namely optical systems where the discoloration of the filter is measured and dust load sensors behind the filter that measure the dust concentration based on the triboelectric effect. Both methods are complex and costly and therefore not suitable for high-volume applications.<br><br>https://sensirion.com/products/product-insights/specialist-articles/state-of-the-art-filter-monitoring<br><br>• Pressure switches indicate when a certain predefined pressure value is exceeded. They do not measure the actual pressure difference, making trend analysis impossible.<br>• Microthermal differential pressure sensors allow for a small flow of air through the sensor, which is measured in order to determine the pressure difference. With outstanding long-term stability and accuracy around zero flow, they outclass other technologies for most applications and are particularly suitable for filters with low differential pressures. Due to the airflow through the sensor, they cannot be used across the filter bank when safety-critical sterilization is achieved by filtration. Dust-induced failures can be prevented by smart inlet design, sensible positioning of the sensor, a smooth sensor surface and detection algorithms.<br>https://sensirion.com/products/product-insights/specialist-articles/state-of-the-art-filter-monitoring |

| | |
|---|---|
| | **3.1.1 Mass flow or standard volume flow**<br>Standard volume flow refers to the volume flow at given standard conditions for temperature and pressure. Common units are "standard liters per minute [slm]", "standard cubic centimeters per minute [sccm]" or "norm liters per minute [ln/min]".<br>Because standard volume flow is referenced to a defined temperature, *T*, and pressure, *p*, the number of molecules, *n*, in the volume, *V*, can be calculated using the ideal gas law ($pV = nkT$). In other words, standard volume flow refers to the number of molecules per time and with it to the mass per time. For a given gas, a sensor measuring standard volume flow is a mass flow sensor.<br>Because of its thermal measurement principle, Sensirion's SDP sensors are ideally suited for massflow measurements.<br>https://sensirion.com/media/documents/8B396696/667EA013/DP_AN_Measurement_Parameters_V1.0.pdf |

| | |
|---|---|
| | <br>Figure 1: Differential pressure as a function of the flow for a new and a partially clogged filter<br>https://sensirion.com/products/product-insights/specialist-articles/state-of-the-art-filter-monitoring |

| | |
|---|---|
| | **Differential pressure Sensirion SDP800 modules keep failing.** |




Measured pressure difference starts to drop after Jan 2025, despite actual pressure difference actually increasing.

https://www.reddit.com/r/AskElectronics/comments/1jqin6u/differential_pressure_sensirion_sdp800_modules/

As you can see from the image, until the end of the year, 2024, the filter pressure increased as the filters get dirty. Filters were changed around December 20th and then the filter differential pressure keeps increasing once again. That is, until mid Februrary, when the pressure slowly starts to drop.

I have multiple SDP810-500Pa / SDP810-125Pa sensors and all of them have slowly started to exhibit this. Nothing in the data sheets about creep that needs to be compensated. Some sensors took a year, some three to show this trend.

https://www.reddit.com/r/AskElectronics/comments/1jqin6u/differential_pressure_sensirion_sdp800_modules/